**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Emma Vinokur                                                          CHAPTER 13

                      Debtor(s)                                         BKY. NO. 15-15794 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I and index same on the master mailing list.

                                              Respectfully submitted,
                                            **/s/ Rebecca A. Solarz Esquire**
                                            Rebecca A Solarz, Esquire
                                            Kevin G. McDonald, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322