# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Emma Vinokur <br>         Debtor(s) <br><br> Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I <br>         Movant <br> vs. <br><br> Emma Vinokur <br>         Debtor(s) <br><br> and William C. Miller Esq. <br>         Trustee | Chapter 13 <br><br><br> NO. 15-15794 ELF |

## ORDER

AND NOW, this 26th day of February, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 is **MODIFIED** to allow Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1657 North Ash Circle Jamison, PA 18929.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**