United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-15794-elf |
| Emma Vinokur | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Emma Vinokur, 1657 N. Ash Circle, Jamison, PA 18929-1422 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| BARBARA A. MERLIE | on behalf of Creditor Bucks County Tax Claim Bureau gferrante@rudolphclarke.com |
| BARBARA R. MERLIE | on behalf of Creditor Bucks County Tax Claim Bureau BMerlie@rudolphclarke.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com |
| KEVIN M. BUTTERY | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust cdigianantonio@rascrane.com |
| MARISA MYERS COHEN | on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Wilmington Savings Fund Society  FSB, DBA Christiana Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com |

District/off: 0313-2　　　　　　　　　User: admin　　　　　　　　　Page 2 of 2
Date Rcvd: Feb 26, 2021　　　　　　　Form ID: pdf900　　　　　　　Total Noticed: 1

| | |
|---|---|
| MICHELE PEREZ CAPILATO | on behalf of Debtor Emma Vinokur perezcapilatolaw@yahoo.com michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Fay Servicing  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Emma Vinokur <br>                               Debtor(s) <br><br> Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I <br>                               Movant <br> vs. <br><br> Emma Vinokur <br>                               Debtor(s) <br><br> and William C. Miller Esq. <br>                               Trustee | Chapter 13 <br><br> NO. 15-15794 ELF |

## ORDER

AND NOW, this 26th day of February, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 is **MODIFIED** to allow Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1657 North Ash Circle Jamison, PA 18929.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**