UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                    :     CHAPTER 13
EMMA VINOKUR                             :
        Debtor(s)              :     No. 15-15794 elf

**CERTIFICATE OF NO OBJECTION**

      COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor(s), and hereby certifies that **no objection** to the Motion for Approval of Compensation (Long Form Application for Compensation), has been received as of this date, after being served upon interested parties on February 19, 2021.

March 17, 2021                                    Respectfully Submitted,

                                                   /s/Michele Perez Capilato
                                                   Michele Perez Capilato, Esquire
                                                   Attorney I.D.  No.  90438
                                                   500 Office Center Drive, Suite 400
                                                   Fort Washington, PA 19034
                                                   (267) 513-1777
                                                   Fax 1(866) 535-8160