United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 15-15794-elf
Emma Vinokur     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Mar 19, 2021     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Emma Vinokur, 1657 N. Ash Circle, Jamison, PA 18929-1422 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

**Name**     **Email Address**

BARBARA A. MERLIE
    on behalf of Creditor Bucks County Tax Claim Bureau gferrante@rudolphclarke.com

BARBARA R. MERLIE
    on behalf of Creditor Bucks County Tax Claim Bureau BMerlie@rudolphclarke.com

CELINE P. DERKRIKORIAN
    on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com

KEVIN M. BUTTERY
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust cdigianantonio@rascrane.com

LAUREN MOYER
    on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com

MARISA MYERS COHEN
    on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

MICHAEL J. SHAVEL
    on behalf of Creditor Wilmington Savings Fund Society  FSB, DBA Christiana Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 19, 2021 | Form ID: pdf900 | Total Noticed: 1

MICHELE PEREZ CAPILATO
on behalf of Debtor Emma Vinokur perezcapilatolaw@yahoo.com
michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor Fay Servicing  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| EMMA VINOKUR | : | |
| Debtor(s) | : | No. 15-15794 elf |

ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation in the amount of **$3,800.00** and reimbursement of expenses in the amount of **$ 0** are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less **$1,100.00**, which has been previously paid by the Debtor, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:**   3/19/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**