United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 15-15794-elf
Emma Vinokur  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 18, 2021     Form ID: 138NEW     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Emma Vinokur, 1657 N. Ash Circle, Jamison, PA 18929-1422 |
| cr | + | Bucks County Tax Claim Bureau, c/o John A. Torrente, 55 E. Court Street, Doylestown, PA 18901-4318 |
| cr | + | Wilmington Savings Fund Society, FSB, DBA Christia, 7500 Old Georgetown Road, Suite 1300, Bethesda, MD 20814-6198 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | | Wilmington Savings Fund Society, FSB, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 13583287 | + | Ar Resources, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 13583288 | #+ | Bk Of Amer, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 13601364 | + | Bucks County Tax Claim Bureau, c/o John A. Torrente,Esq., 55 East Court Street, Doylestown, PA 18901-4318 |
| 14474628 | + | Bucks County Tax Claim Bureau, c/oBarbara R. Merlie, Esquire, Seven Neshaminy Interplex, Suite 200, Trevose, PA 19053-6974 |
| 13583289 | + | Clear Spring Loan Serv, 18451 N Dallas Pkwy Ste, Dallas, TX 75287-5202 |
| 13970037 | | Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 13583291 | + | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 13583292 | + | McCabe Weisberg & Conway, P.C., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14584160 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 14587138 | | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14575843 | + | Wilmington Savings Fund Society dba Christiana Tru, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14468948 | + | Wilmington Savings Fund Society dba Christiana Tru, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14468619 | + | Wilmington Savings Fund Society dba Christiana Tru, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14066814 | + | Wilmington Savings Fund Society,, Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 13695549 | + | Wilmington Savings Fund Society, FSB, c/o BSI Financial Services, Inc., 7500 Old Georgetown Road, Suite 1350, Bethesda, MD 20814-6240 |
| 13928153 | + | c/o Fay Servicing, LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13583286 | + | Email/Text: EBNProcessing@afni.com | May 19 2021 01:58:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 13639570 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 31 |

|  |  | May 19 2021 01:55:18 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
|---|---|---|---|
| 13583290 | Email/Text: mrdiscen@discover.com | | |
|  |  | May 19 2021 01:49:00 | Discover Financial Services, POB 15316, Wilmington, DE 19850 |
| 13590913 | Email/Text: mrdiscen@discover.com | | |
|  |  | May 19 2021 01:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13658003 | + Email/Text: bankruptcygroup@peco-energy.com | | |
|  |  | May 19 2021 01:49:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13583293 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|  |  | May 19 2021 01:49:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13583285 |  | 15-15794 |
| cr | * | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | *+ | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 14575847 | *+ | Wilmington Savings Fund Society,dba Christiana Tru, Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | ##+ | Fay Servicing, LLC, 3000 Kellway Dr,Ste 150, Carrollton, TX 75006-3357 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021     Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARBARA A. MERLIE | on behalf of Creditor Bucks County Tax Claim Bureau gferrante@rudolphclarke.com |
| BARBARA R. MERLIE | on behalf of Creditor Bucks County Tax Claim Bureau BMerlie@rudolphclarke.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com |
| KEVIN M. BUTTERY | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust cdigianantonio@rascrane.com |
| LAUREN MOYER | on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com |
| MARISA MYERS COHEN |  |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 31 |

    on behalf of Creditor Bank of America N.A. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

MICHAEL J. SHAVEL
    on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christiana Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

MICHELE PEREZ CAPILATO
    on behalf of Debtor Emma Vinokur perezcapilatolaw@yahoo.com
    michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Fay Servicing LLC bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Emma Vinokur
       Debtor(s)                                              Bankruptcy No: 15−15794−elf
                                                            Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                         900 Market Street
                            Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                      For The Court
                                                                      Timothy B. McGrath
                                                                        Clerk of Court

Dated: 5/18/21

                                                                                             140 − 139
                                                                                        Form 138_new