United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-15794-elf |
| Emma Vinokur | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 18, 2021 | Form ID: 212 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Emma Vinokur, 1657 N. Ash Circle, Jamison, PA 18929-1422 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARBARA A. MERLIE | on behalf of Creditor Bucks County Tax Claim Bureau gferrante@rudolphclarke.com |
| BARBARA R. MERLIE | on behalf of Creditor Bucks County Tax Claim Bureau BMerlie@rudolphclarke.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com |
| KEVIN M. BUTTERY | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust cdigianantonio@rascrane.com |
| LAUREN MOYER | on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com |
| MARISA MYERS COHEN | on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Wilmington Savings Fund Society  FSB, DBA Christiana Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com |
| MICHELE PEREZ CAPILATO | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 18, 2021 | Form ID: 212 | Total Noticed: 1 |

      on behalf of Debtor Emma Vinokur perezcapilatolaw@yahoo.com michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

REBECCA ANN SOLARZ
      on behalf of Creditor Fay Servicing LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
      on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER
      on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
      ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                       Chapter: 13

      Emma Vinokur

Debtor(s)                                             Case No: 15−15794−elf

---

*ORDER*

     AND NOW, 5/18/21 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

     Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

     And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

     Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

       ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

       ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

     If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                          For The Court

                                                                          Eric L. Frank

                                                                          Judge ,United States Bankruptcy Court

141
Form 212