Certificate Number: 15111-PAE-DE-035717004

Bankruptcy Case Number: 15-15794



15111-PAE-DE-035717004

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 29, 2021</u>, at <u>10:32</u> o'clock <u>PM EDT</u>, <u>Emma Vinokur</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 30, 2021</u>                      By:   <u>/s/Ryan McDonough</u>

                                              Name: <u>Ryan McDonough</u>

                                              Title: <u>Executive Director of Education</u>